IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN INSURE-ALL AGENCY, INC., a corporation of the state of Washington, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) No. |
| v. | )<br>) |
| APPLIED SYSTEMS, INC, an Illinois, corporation, | )<br>)<br>) |
| Defendant. | ) |

## **COMPLAINT**

Plaintiff, AMERICAN INSURE-ALL AGENCY, INC., a corporation of the state of Washington, by its counsel, LAWRENCE A. STEIN, complains of defendant, APPLIED SYSTEMS, INC., an Illinois corporation, as follows:

1. Plaintiff is a limited liability corporation of the state of Washington with its principal place of business within the state of Washington.

2. Defendant is an Illinois corporation with its principal place of business within Illinois.

3. The amount in controversy in this action exceeds $75,000 exclusive of interest and costs.

4. This court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

5. On April 15, 2019, defendant offered in writing to provide certain products and services in a written documents entitled "Applied Systems Product and Services Agreement."

6. An accurate copy of the Product and Services Agreement is attached as exhibit A.

7. The products and services offered by defendant are set forth in detail on Pages 3 and

4 of the Product and Services Agreement.

8. The initial price was itemized on pages 3 and 4 of the Product and Services Agreement, totaling $10,883.20.

9. The plaintiff paid the defendant the $10,883.20 under the Product and Services Agreement.

10. Recurring costs were itemized on page 5 of the Product and Services Agreement, and amounted to $2,970 per month beginning "3 months from the 1st day of the month after invoice or at activation, whichever occurs first."

11. Plaintiff accepted the offer in the Products and Services Agreement on April 18, 2019 by signing on page 8 of it.

12. From on or about April 24, 2019 to on or about October 13, 2021, plaintiff paid monthly fees to the defendant, totaling approximately $136,632.19, under the Products and Services Agreement.

12. Also, on or about April 18, 2019, plaintiff and defendant entered into a written agreement entitled "Applied Systems Master Agreement" ("Master Agreement").

13. An accurate copy of the Master Agreement is attached as Exhibit B.

14. The Master Agreement, in paragraph 2, on page 1 of 11, "sets forth all of the terms and conditions under which [plaintiff] may obtain access to products and services from [defendant].

15. Paragraph 2.2 on page one of 11 of the Master Agreement provides: "The delivery of and access to Software, Services [sic] or Confidential Information for [plaintiff] hereunder shall be pursuant to one or more Orders executed by the parties."

16. On or about June 19, 2019 the defendant offered in writing in a documents entitled "Applied Schedule A (Proposal)" ("Schedule A Proposal") which offered on pages 2 and 3 to

provide certain professional services including "Epic Client Merge," "Data Migration," and "Conversion from Hawksoft."

17. An accurate copy of the Schedule A Proposal is attached as exhibit D.

18. The price for the professional services in the Schedule A Proposal was $33,600.

19. On or about June 20, 2019 the plaintiff accepted the defendant's offer contained in the Schedule A. Proposal by executing Schedule DC-M – Client Merge ("Client Merge Order"), which provided for or referred to the provision by defendant to plaintiff of certain Data Conversion Services."

20. An accurate copy of the Client Merge Order is attached as Exhibit C.

21. Under paragraph 2 of the Client Merge Agreement makes clear that part of the services to be provided included the merger of the data of the clients of the plaintiff.

22.. The plaintiff paid to the defendant the agreed amount of $33,600 under the Client Merge Agreement.

23. The defendant failed, in multiple attempts, for approximately 2 years, to successfully perform the merge process as it promised to do in the Client Merge Agreement.

24. The defendant's failure to successfully perform the merge process as it promised to do so in the Client Merge Agreement rendered all the other products and services in the Master Agreement and Product s and Services Agreement.

25. The defendant's failure to perform the merge process rendered all the other products and services promised by defendant of no valued to the plaintiff.

26. The defendant therefore breached the Master Agreement, the Products and Services Agreement, and the Client Merge Agreement.

27. The Master Agreement, the Products and Services Agreement, and the Client Merge

Agreement constituted a single transaction with multiple aspects, promised, and prices.

28. As a direct result of the defendant's breach of the Master Agreement, the Products and Services Agreement, and the Client Merge Agreement, plaintiff has been damaged in at least the amount paid by plaintiff to defendant of approximately $181,115.39 in addition to additional damages for other costs to render the defendant's system operate for the plaintiff as intended, to replace the defendant's system, lost profits, interest, costs, and attorneys' fees, and other damages.

WHEREFORE, plaintiff, AMERICAN INSURE-ALL AGENCY, INC., a corporation of the state of Washington, requests judgment in it's favor and against the defendant, APPLIED SYSTEMS, INC., an Illinois corporation, in the amount the proof sustain at trial and for all other relief deemed appropriate under the circumstances.

Respectfully submitted,

LAWRENCE A. STEIN LLC

/s/ Lawrence A. Stein

Lawrence A. Stein

Lawrence A. Stein
**LAWRENCE A. STEIN LLC**
1755 South Naperville Road #100
Wheaton, Illinois 60189
larry@larrysteintrials.com
(312) 929-5741

*COUNSEL FOR THE PLAINTIFF*